BRIAN BOYNTON
Principal Deputy Assistant Attorney General
JAMIE ANN YAVELBERG
PATRICK M. KLEIN
CHRISTOPHER D. BELEN
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261
Washington, DC 20044
Telephone: (202) 353-1244
Facsimile: (202) 616-3085
E-mail: Christopher.D.Belen@usdoj.gov

CLARE E. CONNORS  #7936
United States Attorney
District of Hawaii
RACHEL S. MORIYAMA  #3802
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail:  Rachel.Moriyama@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SHANNON BENCS,<br><br>Plaintiff-Relator,<br><br>vs. | CIVIL NO. 22-00036 DKW-WRP<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

POND & COMPANY, POND CONSTRUCTORS, INC., APTIM FEDERAL SERVICES, LLC, AECOM, AECOM TECHNICAL SERVICES INC., HENSEL PHELPS CONSTRUCTION CO., and MEDIA PLUMBING & HEATING SERVICES, INC. d/b/a KINETIX,

Defendants.

### ORDER DISMISSING CASE WITHOUT PREJUDICE

The Relator, Shannon Bencs, having filed a Notice of Voluntary Dismissal of this action, and the United States of America having filed its Notice of Consent to Dismissal Without Prejudice, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to the Relator, Shannon Bencs, and without prejudice as to the United States; and

2. Each party shall bear their own attorney's fees and costs incurred in connection with this civil action.

APPROVED AND SO ORDERED.
DATED: April 1, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

*United States of America ex rel. Shannon Bencs v. Pond & Company, et al.*; Civil No. 22-00036 DKW WRP; "Order Dismissing Case Without Prejudice"